43 So.2d 839

### Dorothy Ruth FITZHUGH v. STATE.

### 6 Div. 943.

Supreme Court of Alabama.
Oct. 27, 1949.

Rehearing Denied Feb. 2, 1950.

Ray & Giles, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Dorothy Ruth Fitzhugh for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fitzhugh v. State, 43 So.2d 831.

Writ denied

All the Justices concur except GARDNER, C. J., not sitting.